PER CURIAM.
We reverse and remand with direction to yacate the temporary injunction. See Lingelbach’s Bavarian Restaurants, Inc. v. Del Bello, 467 So.2d 476, 479 (Fla.2d DCA), petition for rev. denied, 476 So.2d 674 (Fla.1985); Empire Pontiac Center, Inc. v. General Motors Acceptance Corp., 322 So. 2d 927 (Fla. 4th DCA 1975), and Wilson v. Sandstrom, 317 So.2d 732, 736 (Fla.1975), cert, denied, 423 U.S. 1053, 96 S.Ct. 782, 46 L.Ed.2d 642 (1976).
GLICKSTEIN, WALDEN and GUNTHER, JJ., concur.